JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JUL 26 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 773

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SOUTHWESTERN BELL TELEPHONE COMPANY DIAL 976 LITIGATION

ORDER DENYING MOTION AS MOOT
AND VACATING HEARING

On June 10, 1988, Southwestern Bell Telephone Company, the defendant in all actions in this docket, moved the Panel to transfer under 28 U.S.C. §1407 one action pending in the Northern District of Texas and one action pending in the Western District of Texas to the Southern District of Texas for coordinated or consolidated pretrial proceedings with two actions pending there. Subsequently, the Northern District of Texas action was transferred to the Southern District of Texas under 28 U.S.C. §1404, pursuant to an order entered by Judge Sidney A. Fitzwater on July 13, 1988; and the Western District of Texas action was transferred to the Southern District of Texas under 28 U.S.C. §1404, pursuant to an order entered by Judge James R. Nowlin on July 14, 1988.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the hearing order filed on June 14, 1988, as amended on July 1, 7, 8 and 20, 1988, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

_____
Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-773 -- In re Southwestern Bell Telephone Dial 976 Litigation

### Northern District of Texas

Norman Chaney, et al. v. Southwestern Bell Telephone Co.,
    C.A. No. CA3-88-1245

### Western District of Texas

Dial-It, Inc. v. Southwestern Bell Telephone Co.,
    C.A. No. A-88-CA-403

### Southern District of Texas

Nicholas Gold, Inc. v. Southwestern Bell Telephone Co.,
    C.A. No. H-88-0172
The Prudent Information Providers Association v. Southwestern Bell
    Telephone Co., C.A. No. H-88-1894